EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 115 |
| César A. Rosado Ramos | 174 DPR _____ |

Número del Caso: TS-12101

Fecha: 7 de julio de 2008

Abogado de la Parte Peticionaria:

Lcdo. Guillermo Figueroa Prieto

Oficina del Procurador General:

Lcda. Sarah Y. Rosado Morales
Procuradora General Auxiliar

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

César A. Rosado Ramos

TS-12101

RESOLUCION

San Juan, Puerto Rico, a 7 de julio de 2008

Vista la *Contestación al Informe del Hon. Procurador General* así como la *Moción Solicitando Reinstalación*, presentada por el Sr. César A. Rosado Ramos, se ordena su reinstalación al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo